UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID HALPERIN
DOV WEINSTOCK and
SHARON WEINSTOCK
individually, as administrators of the estate
of decedent YITZHAK WEINSTOCK and as
legal guardians of CHAIM WEINSTOCK,
MOSHE WEINSTOCK, ARYEH WEINSTOCK
GEULA WEINSTOCK, and
MARTIN HERSKOVITZ and PEARL HERSKOVITZ,
individually and as legal guardians of NETANEL
HERSKOVITZ

C.A. No.: 01-01702(JR)

vs.

THE ISLAMIC REPUBLIC OF IRAN
THE IRANIAN MINISTRY OF INFORMATION AND SECURITY
AYATOLLAH ALI HOSEINI KHAMENEI

**LETTER OF REQUEST
FOR JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18
MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD
IN CIVIL OR COMMERCIAL MATTERS**

The United States District Court for the District of Columbia presents its compliments to the Director of Courts of the State of Israel and requests assistance, pursuant to the Hague Convention of 18 March 1970 On the Taking of Evidence Abroad in Civil or Commercial Matters, in obtaining evidence to be used in proceedings before this Court in the above matter.

The above action is a civil claim filed by David Halperin, and on behalf of Yitzhak Weinstock, deceased, and Natanel Herskovitz, minor, by their respective family members and representatives, against the Islamic Republic of Iran, the Iranian Ministry of Information and Security and senior Iranian officials. The complaint alleges that defendants provided material

support and resources to the Hamas organization and are therefore civilly liable to plaintiffs, under 28 U.S.C. §1602 *et. seq.* and related causes of action, for damages caused plaintiffs by attacks allegedly carried out by Hamas.

The assistance requested of the State of Israel consists of obtaining copies of the following documents from the Head of Legal Assistance in the Israeli Ministry of Justice:

1) The crime scene, forensic and ballistic reports prepared by the Israeli Police or any other government agency regarding the following incidents:

   i) a shooting attack on April 17, 1991 near kibbutz Neve Ur, Israel, in which David Halperin was allegedly injured;

   ii) a shooting attack on December 1, 1993 near Jerusalem, Israel, in which Yitzhak Weinstock was allegedly killed;

   iii) a bombing on March 28, 2001 near Neve Yamin, Israel, in which Netanel Herskovitz was allegedly injured.

2) Israeli Police reports indicating names of witnesses, rescue workers, policemen and others on the scene at the time of the aforementioned attacks or who came on the scene immediately afterward;

3) All documents relating to criminal investigations of, or prosecutions of any persons for involvement in the aforementioned attacks, including:

   i. Statements made by such persons to the Israeli Police;

   ii. Indictments filed against such persons;

   iii Convictions of any such persons;

   iv. Transcripts or protocols from the trials of such persons;

   v. Evidence introduced at trial.

4) Any other documents or evidence pertaining to the provision of material support or resources, including the provision of funds or training in the use of weapons or explosives, to HAMAS and/or to HAMAS personnel, by the Islamic Republic of Iran, by Iranian officials and agencies or by groups alleged to be sponsored by Iran such as Hizbollah.

5) Any medical and forensic documents relating to injuries to David Halperin and Netanel Herskovitz, and to injuries and the death of Yitzhak Weinstock, in the aforementioned attacks, including post-mortem examination records, reports and photographs.

This Court requests the assistance described above as necessary in the interests of justice.

This Court requests that the documents described above be returned to Counsel for the Plaintiffs:

> David J. Strachman, Esq.
> McIntyre, Tate, Lynch & Holt.
> 321 South Main Street, Ste. 400
> Providence, RI 02903
> (401) 351-7700

The Plaintiffs, upon whose application this Letter of Request has been issued, shall pay all costs incurred in executing these requests.

This Court expresses its appreciation to the Director of Courts of the State of Israel for its courtesy and assistance in this matter and states that it will be ready and willing to assist the courts of Israel in a similar fashion when required.

Date: April 29, 2002

_____
James Robertson
United States District Judge
United States District Court
District of Columbia