UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID HALPERIN, et al.

v.                                                    C.A. No.: 01-01702(JR)

THE ISLAMIC REPUBLIC OF IRAN, et al.

## PLAINTIFFS' STATUS REPORT

Plaintiffs file this report pursuant to the Court's directive of December 21, 2004 to file a status report on the progress of this matter.

This is an action for damages resulting from three terrorist attacks planned and executed by the HAMAS terrorist organization with the material support and assistance of the Islamic Republic of Iran and its agencies and instrumentalities.

Service on the defendants was made via diplomatic means pursuant to the 28 U.S.C. §1608.  This Court entered default against Iran and the other defendants after they failed to answer or appear despite having been properly served.

In light of the standard of proof set by this Court in Ungar v. Republic of Iran, 211 F. Supp.2d 91 (D.D.C. 2002), plaintiffs are desirous of conducting discovery against the defendants and are filing simultaneously with this Status Report a motion to set a discovery schedule.

Once discovery is complete, plaintiff will move to schedule a trial date.

Attorney for the Plaintiffs,


_____/S/_____
David J. Strachman
D.C. Bar No. D00210
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

January 19, 2005